UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                            RE:    Joseph J. SKOKAN, Sr.
                                                    Docket Number:  2:02CR00008-01
                                                    PERMISSION TO TRAVEL
                                                    OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Portugal. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 24, 2002, releasee was sentenced for the offense of 18 USC § 371 - Conspiracy to Defraud the United States.

**Sentence imposed:** 24 months custody of the Bureau of Prisons; 2 years Supervised Release; $5,000 fine - paid in full; $100 special assessment - paid in full; Mandatory drug testing. **Special conditions**: Financial restrictions and disclosure; Drug treatment, testing, and co-payment for services; Alcohol abstention; Cooperate with IRS.

**Dates and Mode of Travel:** The releasee plans to travel in October 2006.

**Purpose:** The releasee stated he has an uncle who resides in Portugal. He is current with all conditions of supervision, and continues to cooperate with the IRS in the collection of taxes owed.

1

Rev. 03/2005
TRAVELOC.MRG

**RE:   Joseph J. SKOKAN, Sr.
          Docket Number:   2:02CR00008-01
          <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully Submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
United States Probation Officer**

**DATED:**     February 14, 2006
                      Roseville, California
                      :ddw/cd

**REVIEWED BY:**          /s/ Richard A. Ertola
                          **RICHARD A. ERTOLA
                          Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved

February 17, 2006

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE