STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL (74037)
CRAIG C. ALLISON (159437)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Joseph J. Skokan, Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. No. S-02-008 WBS |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE OF PASSPORT** |
| v. | |
| JOSEPH J. SKOKAN, SR., | |
| Defendant. | |

Having considered the Application For Release Of Passport filed by Joseph J. Skokan, Sr. and GOOD CAUSE APPEARING, the Court hereby orders that the Clerk's Office for the United States District Court, Eastern District of California, shall release Joseph J. Skokan, Sr.'s passport to him upon his presentation of satisfactory photo identification.

IT IS SO ORDERED.

Dated: June 9, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE